# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Marlene Hanks | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   9:18-2644-CMC |
| Andrew Saul, | ) | |
| Acting Commissioner of Social Security Administration | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The decision of the Commissioner is affirmed.


This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie , United States District Judge.


Date:   January 22, 2020                                                                 *CLERK OF COURT*


                                                                                          s/Chelsea Pegram-Conner
                                                                                          *Signature of Clerk or Deputy Clerk*